NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

ROBERT H. BELL
SPECIAL COUNSEL
DIRECT DIAL: +1 212 404 8707
PERSONAL FAX: +1 212 208 2641
*E-MAIL:* RBell@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

**VIA ECF**

September 13, 2026

Hon. Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Chafla Maza v. Soto, et al.*, No. 26-cv-11545 (ES)**

Dear Judge Salas:

This firm represents Petitioner in the above-captioned habeas proceeding.

We are in receipt of the documentation provided by counsel for Respondents on September 10, 2026, which was not previously available to us following Petitioner's arrest over Labor Day Weekend. In order to meaningfully respond to Your Honor's Order, dated September 11, 2026, we respectfully request a two (2) day extension beyond the initial deadline to be able to discuss this documentation in full with our client. We previously had a legal visit scheduled for Tuesday, September 15, 2026 at 10:00 a.m. (see enclosed confirmation). Accordingly, we request an extension until Wednesday, September 16, 2026 to respond to Respondents' letter.

Counsel for Respondents does not object to this request.

We thank the Court for its consideration.

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Robert Bell*

Robert H. Bell
(pro hac vice application forthcoming)
Pro Bono Attorneys for Petition

CC: Counsel of Record via ECF
Enclosure

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: September 15, 2026**